# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

GORDON D. CURTIS AND CHERYL A.   : No. 548 MAL 2014
CURTIS, LEGAL GUARDIANS OF THE   :
MINOR CHILD LOGAN MICHAEL   :
CURTIS AND ZACHARY AARON   : Petition for Allowance of Appeal from the
CURTIS,   : Order of the Superior Court
  :
       Petitioner   :
  :
  :
  :
      v.   :
  :
  :
NANCY E.H. CARTER,   :
  :
      Respondent   :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 24th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.